IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00451-AP

MAX L. HULSEY,

       Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

1.     APPEARANCES OF COUNSEL AND PRO SE PARTIES

<u>For Plaintiff</u>:
Rick P. Sauer
700 Macon Ave.
Cañon City, CO 81212
Telephone: 719/275-7591
FAX: 719/275-6165
E-mail: rps@bresnan.net

<u>For Defendant:</u>
David M. Gaouette
Acting United States Attorney

Kevin Traskos
Assistant United States Attorney
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
kevin.traskos@usdoj.gov

Stephanie Lynn F. Kiley
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, CO 80294
Telephone: (303) 844-0815
stephanie.kiley@ssa.gov

2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3.     DATES OF FILING OF RELEVANT PLEADINGS

    A.     Date Complaint Was Filed:     March 4, 2009

    B.     Date Complaint Was Served on U.S. Attorney's Office:   March 30, 2009

    C.     Date Answer and Administrative Record Were Filed:   May 18, 2009

4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5.     STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

7.     OTHER MATTERS

    None.

8.     BRIEFING SCHEDULE

    A.     Plaintiffs Opening Brief Due:     July 24, 2009

    B.     Defendant's Response Brief Due:     August 24, 2009

    C.     Plaintiffs Reply Brief (If Any) Due:     September 8, 2009

9.       STATEMENT REGARDING ORAL ARGUMENT

          The parties do not request oral argument.

10.      CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

          All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

11.      OTHER MATTERS

          THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

12.      AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

          The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED: June 11, 2009

                                        BY THE COURT:

                                        ***S/John L. Kane***

                                        U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Rick Sauer<br>Rick P. Sauer<br>700 Macon Ave.<br>Cañon City, CO 81212<br>Telephone: 719/275-7591<br>FAX: 719/275-6165<br>E-mail: rps@bresnan.net<br><br>Attorney for Plaintiff | DAVID M. GAOUETTE<br><br>Acting United States Attorney<br><br>KEVIN TRASKOS<br>Assistant U.S. Attorney<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>By: s/Stephanie Lynn F. Kiley<br>STEPHANIE LYNN F. KILEY<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado  80294<br>Telephone:  (303) 844-0815<br>Stephanie.kiley@ssa.gov<br><br>Attorneys for Defendant. |